# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Petitioner,<br><br>   v.<br><br>FAMILY HEALTH CARE NETWORK,<br><br>         Respondents. | Case No.: 1:13-mc-00031-SAB<br><br>ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED<br><br>DATE:      August 14, 2013<br>TIME:      9:30 a.m. |

Petitioner, the United States Equal Employment Opportunity Commission (the "EEOC" or "Commission"), has filed an Application for an Order to Show Cause as to why its Subpoena *duces tecum* (Subpoenas No.012-014) served on Respondent Family Health Care Network ("Respondent") should not be enforced.   In its Application and supporting documents, the EEOC states that during the investigation made in a valid charge of gender and disability discrimination by Margarita Mendosa-Rivera, Subpoena No. 012-014 was served on Respondent.  The EEOC further states that Respondent failed to comply with the subpoena or adhere to the administrative process set forth in the federal regulations for revoking or modifying the subpoena.

Accordingly, due to the service of the subpoena and Respondent's failure to comply with the subpoena, it is HEREBY ORDERED that:

1. Respondent shall appear on August 14, 2013, at 9:30 a.m in Courtroom 9, Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA before the Honorable Stanley A. Boone, and show cause why Respondent should not be compelled to comply with the Subpoena No. 12-014 issued by the EEOC;
2. Petitioner shall serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before July 24, 2013; and
3. Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than August 7, 2013.

IT IS SO ORDERED.

Dated: **July 10, 2013**

UNITED STATES MAGISTRATE JUDGE