UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br> v. <br><br> FAMILY HEALTH CARE NETWORK, <br><br> Respondent. | Case No.: 1:13-mc-00031 SAB <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION** |

Petitioner United States Equal Employment Opportunity Commission (the "EEOC") filed this action against Respondent Family Health Care Network ("Respondent") for enforcement of its administrative subpoena (Subpoena No. 012-014) pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9, and the Americans with Disabilities Act of 1990 42 U.S.C. § 12117(a) on July 8, 2013.  (ECF No. 1.)  On July 11, 2013, the Court issued Respondent an order to show cause why the subpoena should not be enforced.  (ECF No. 2.)  On July 22, 2013, Petitioner EEOC served the order to show cause on Respondent.  On August 7, 2013, Petitioner filed a request for dismissal of this action as Respondent has now fully complied with the subpoena.

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that:
2   1. The order to show cause issued July 11, 2013 is DISCHARGED; and
3   2. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

Dated: **August 8, 2013**

UNITED STATES MAGISTRATE JUDGE